

# NUMBER 13-24-00375-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**IN THE MATTER OF THE MARRIAGE OF KRISTIN KAY WILKINSON AND ROBERT ALAN WILKINSON AND IN THE INTEREST OF R.B.W., K.K.W., AND B.K.W., CHILDREN**

**ON APPEAL FROM THE 24TH DISTRICT COURT OF VICTORIA COUNTY, TEXAS**

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Chief Justice Tijerina**

This cause is before the Court on appellant's motion to dismiss this appeal. On December 19, 2024, this Court issued a supplemental order of abatement order "so that the trial court may consider appellant's request to reduce the amount necessary to post a superseadeas bond." *See* TEX. R. APP. P. 24.2(b). On March 28, 2025, appellant filed a motion to dismiss, stating that "[a]fter much deliberation and consultation with his

attorney, [he] has decided to cease from pursuing this appeal" and "plans to file for bankruptcy protection" instead. Appellee did not file a response.

Having considered the documents on file and the unopposed motion, this Court is of the opinion that the motion should be granted, and the appeal should be dismissed. *See* TEX. R. APP. P. 42.3(a). Accordingly, we reinstate the appeal, grant the motion to dismiss, and dismiss the appeal. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal pursuant to appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
17th day of April, 2025.

2